UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEION NATHANIEL JACKSON,

    Appellant,

v.                                       Case No. 3:24-cv-00737-MMH

CHAPTER 13 TRUSTEE,

    Appellee.

**O R D E R**

**THIS CAUSE** is before the Court on Appellant's Judicial Notice (Doc. 9) filed on November 14, 2024. In the Judicial Notice, Plaintiff challenges the presence of Appellee's attorney, Mr. John J. Freeman, Jr., in this case and requests a $10 million sanction against Appellee. Doc. 9 at 1-2, Judicial Notice. Further, Appellant requests that the Court "null and void all of the Chapter 13 bankruptcy proceedings, within the bankruptcy court." Id. The request is due to be denied for failure to comply with the Federal Rules of Bankruptcy Procedure. Rule 8013(a)(2)(A) provides that "[a] motion must state with particularity the grounds for the motion, the relief sought, and the legal argument necessary to support it." Fed. R. Bankr. P. 8013(a)(2)(A). The Judicial Notice requests affirmative relief from the Court but provides no legal argument

to support granting such relief. Thus, the Court will not entertain Appellant's requests at this time. Appellant is advised that, if he wishes to pursue relief, he is required to file an appropriate motion in accordance with the Federal Rules of Bankruptcy Procedure.

Accordingly, it is

    **ORDERED**:

To the extent Appellant requests affirmative relief from the Court in the Judicial Notice (Doc. 9) such request is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, this 26th day of November, 2024.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

Lc34

Copies to:
Pro Se Party
Counsel of Record

2