**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DEION NATHANIEL JACKSON,

    Appellant,

v.                                                Case No. 3:24-cv-00737-MMH

CHAPTER 13 TRUSTEE,

    Appellee.

## O R D E R

**THIS CAUSE** is before the Court on Appellant's Judicial Notice (Doc. 12) and Appellant's Motion to Sanction Unlawful Employee, John Freeman (Doc. 11; Motion to Sanction), filed on December 10, 2024. The Judicial Notice appears to be identical to the prior Judicial Notice (Doc. 9; Prior Judicial Notice) that the Court denied without prejudice in its Order entered on November 26, 2024. (Doc. 10; November 26th Order). As in the Prior Judicial Notice, Appellant requests affirmative relief from the Court but has not filed a motion nor identified the grounds for relief or the legal arguments in support of the request as required by the Federal Rules of Bankruptcy Procedure. See Fed. R. Bankr. P. 8013(a)(2)(A) ("A motion must state with particularity the grounds for the motion, the relief sought, and the legal argument supporting it."). As

such, the Court will once again deny the relief Appellant requests in the Judicial Notice.

The Motion to Sanction is due to be denied for the same reason. In the Motion to Sanction, Appellant requests affirmative relief from the Court, but fails to include any legal argument in support of such a request. See Fed. R. Bankr. P. 8013(a)(2)(A). The Court cautions Appellant that continued failure to comply with the Federal Rules of Bankruptcy Procedure may result in sanctions.

Accordingly, it is

**ORDERED:**

1. Appellant's Judicial Notice (Doc. 12) is **DENIED without prejudice**;

2. Appellant's Motion to Sanction Unlawful Employee, John Freeman (Doc. 11) is **DENIED without prejudice**; and

3. Appellant is cautioned that continued failure to follow the Federal Rules and the Local Rules of the Middle District of Florida may result in sanctions.

**MARCIA MORALES HOWARD**
United States District Judge

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of December, 2024.

Lc34

Copies to:
Pro Se Party
Counsel of Record