UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEION NATHANIEL JACKSON,

    Appellant,

v.      Case No. 3:24-cv-00737-MMH

CHAPTER 13 TRUSTEE,

    Appellee.

## O R D E R

**THIS CAUSE** is before the Court on Appellant's Motion for Sanction (Doc. 15; Motion), filed on January 7, 2025. In two prior Orders, the Court denied Appellant's previous requests for sanctions because Appellant sought affirmative relief from the Court but failed to identify the grounds for relief or the legal arguments in support of the requests as required by the Federal Rules of Bankruptcy Procedure. See Order dated November 26, 2024 (Doc. 10); Order dated December 18, 2024 (Doc. 14); see also Fed. R. Bankr. P. 8013(a)(2)(A) ("A motion must state with particularity the grounds for the motion, the relief sought, and the legal argument supporting it."). As with the prior requests for sanctions, in the instant Motion Appellant fails to state with particularity the grounds for the relief he seeks and fails to provide any legal argument in support of the request as required by Rule 8013(a)(2)(A). While

Appellant does cite to a Supreme Court case in an apparent attempt to support his argument, Appellant provides no legal argument in support of his request for sanctions and the Court is left guessing as to how the cited case might relate to Appellant's request for sanctions. See Motion at 2 (citing Haines v. Kerner, 404 U.S. 519 (1972)). As such, without any substantive legal argument to support Appellant's request for sanctions, the Motion is due to be denied without prejudice. Once again, the Court cautions Appellant that continued failure to comply with the Federal Rules of Bankruptcy Procedure may result in sanctions, up to and including dismissal of this appeal.

Accordingly, it is

**ORDERED:**

1. Appellant's Motion for Sanction (Doc. 15) is **DENIED without prejudice**; and

2. Appellant is cautioned that continued failure to follow the Federal Rules and the Local Rules of the Middle District of Florida may result in sanctions, up to and including dismissal of this appeal.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of January, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

Lc34

Copies to:
Pro Se Party
Counsel of Record